**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In Re: Miscellaneous Petition to Substitute Counsel

**AMENDED OMINBUS MOTION TO SUBSTITUTE COUNSEL**

America Law Group, Inc., states as follows:

1. The attached list contains cases before this Court in which Robert B. Duke Jr., Esquire ("Duke") is listed as an attorney of record. Duke became an attorney of record in such cases while employed by America Law Group, Inc. ("America Law Group").

2. Duke's last day of employment with America Law Group is May 1, 2015. He will be relocating to another jurisdiction. America Law Group requests that he be removed as attorney of record on the cases listed on the attached list.

3. America Law Group's written contract with each client on the attached list clearly states that America Law Group, Inc. represents the said clients.

4. Richard J. Oulton, Esquire, an attorney employed by America Law Group, is currently representing other of the firm's clients in this Division of the Court and should be substituted as counsel for Duke.

5. Additionally, Duke does not wish to continue receiving notices regarding these cases and, accordingly, agrees to the requested substitution of counsel for administrative convenience.

   WHEREFORE, America Law Group, Inc., moves to substitute Richard J. Oulton, Esquire, of America Law Group, Inc., as counsel of record in substitution of Robert B. Duke Jr., Esquire, in the cases on the attached list.

DATED: April 28, 2015                    FOR AMERICA LAW GROUP, INC.

                                         /s/ Richard J. Oulton
                                         Richard J. Oulton, Esq.
                                         VSB# 29640
                                         America Law Group, Inc.
                                         2312 Boulevard
                                         Colonial Heights, VA 23834
                                         Phone: (804) 520-2428
                                         Fax: (804) 518-5121
                                         Counsel for Debtor

                                         SEEN AND AGREED:

        /s/ Robert B. Duke Jr.
        Robert B. Duke Jr., Esq.

## CASES

| Case No. | Case Title |
|---|---|
| 10-30090-KRH | Malcoln Lynch and Jaime T Lynch |
| 10-36393-KRH | Robert Baylor and Lesia Baylor |
| 10-37736-KLP | Daisy Maltes |
| 11-30621-KLP | John McKenzie Otto and Diane Lynn Otto |
| 11-31107-KLP | Vanice M Gayles |
| 11-31547-KRH | Lafonia Page and Keven A Page |
| 11-32048-KRH | Andrea Viktoria Jones |
| 11-32966-KLP | Christy Anna Barrafato |
| 11-33143-KRH | Marguerita Bell Myers and Irving Clark Myers |
| 11-34509-KRH | Cornell Hardy and Carol Ann Hardy |
| 11-35466-KRH | David W Priddy |
| 11-35565-KRH | Michelle Sizemore |
| 11-36251-KLP | Jocelyn Renee Watkins |
| 11-36549-KLP | Ishmael Naim Fulani |
| 11-36604-KRH | Evetta D Foster |
| 11-36627-KLP | Tywanna LaShea Evans |
| 11-36658-KLP | Tomaya Tammara Johnson |
| 11-36932-KLP | Shawn Christopher Hampton |
| 11-36937-KRH | Andrea Lavon Whitehead |
| 11-36941-KLP | Robynne E Rice |
| 11-37023-KRH | Yvonda R. Chase |
| 11-37111-KRH | Michelle Peaco |
| 11-37250-KLP | Leonard Bernard Rainey |
| 11-37316-KLP | Jason L Lacks and Tressie N. Brooks |
| 11-37435-KRH | Robin Marie Hill |
| 11-37438-KRH | Anita Lynn Collins |
| 11-37476-KLP | Monica A Allen |
| 11-37478-KRH | Oscar J. Caleb and Kathleen J. Caleb |
| 11-37526-KLP | Dana L Banks |
| 11-37527-KLP | Lisa Kaye Barnes |
| 11-37777-KRH | Ronald Douglas Brooks and Elizabeth Stolfi Brooks |
| 11-37778-KLP | Christopher Charity |
| 11-37879-KLP | Kevin Sutton and Tina Leticia Sutton |
| 11-37903-KLP | Alice M Rainey |
| 11-38035-KRH | Gloria P Parra |
| 11-38051-KRH | Edward Curtis Garrett, Jr. |
| 11-38144-KRH | Shajana Hopkins |
| 11-38184-KLP | Derek Shawn Yates and Kim Denise Luten-Yates |

| Case Number | Name |
|---|---|
| 12-30019-KLP | Morris Eugene Norwood |
| 12-30098-KRH | Graceful Melody Harrison |
| 12-30450-KLP | Lisa K Timinski |
| 12-30470-KRH | Samuel Ricardo Hatcher |
| 12-30644-KLP | Vernon L White, Sr. |
| 12-30645-KLP | Kendra C Sawyer |
| 12-30646-KRH | Jericho Cherry |
| 12-30794-KRH | Donald Winston |
| 12-30795-KRH | Charolotte Nadine Hamilton |
| 12-30832-KRH | Sonya Silas |
| 12-30882-KRH | Elvyn Shaw and Krystle Shaw |
| 12-30935-KLP | Angel M. Hewlett |
| 12-31123-KLP | James E. Piercy |
| 12-31272-KRH | Sean Andre Jones |
| 12-31278-KLP | Jerome Nicholson |
| 12-31326-KRH | Terry Hostetter and Virginia Hostetter |
| 12-31451-KLP | Mary D Williams |
| 12-31476-KRH | Duane Lamont |
| 12-31493-KRH | Joseph W Tate and Crystal T Tate |
| 12-31499-KLP | Sandra Liliana Serrano |
| 12-31649-KLP | Faye P Nelson |
| 12-31921-KRH | Gail R. Dunmore |
| 12-31923-KRH | Tyrone A. Moody |
| 12-32196-KRH | Shaheen Cherie Dailey |
| 12-32423-KLP | Nikia K Hopkins |
| 12-32534-KLP | Raymond A Colletti |
| 12-32699-KLP | Calvin S. Lambert and Viola P. Lambert |
| 12-32714-KRH | Audrey S. Johnson |
| 12-32716-KLP | William S. White and Kelly D White |
| 12-32859-KLP | Ollie M. Rousey |
| 12-33189-KLP | Patricia Durocher |
| 12-33291-KLP | Betty J Bryant |
| 12-33295-KLP | Lamont Butler and Phyllis N. Butler |
| 12-33296-KLP | Ronald K. Friend |
| 12-33297-KLP | Anthony Wayne Veney and Tanissa R Veney |
| 12-33550-KLP | Bairon E. Barillas |
| 12-33640-KRH | Donald B. Conley |
| 12-33717-KLP | Matthew Debreaux |
| 12-33848-KRH | Linda N. Fells |
| 12-33849-KLP | Leroy Grissom and Yvette B. Grissom |
| 12-33869-KLP | Sandra K. Long |
| 12-34535-KRH | Amy Lynn Martin |
| 12-34546-KLP | Ila Susan Whiting |
| 12-34547-KRH | Latisha D. Dewitt |
| 12-34874-KLP | Sharon B. Johnson |
| 12-35170-KLP | Annie S. Clark |

| | |
|---|---|
| 12-35191-KLP | Dominga F Strickland |
| 12-35275-KRH | Margaret B. Lomba |
| 12-35276-KLP | Joyce C Frank |
| 12-35347-KRH | Albert Sanderson and Alice B Sanderson |
| 12-35589-KLP | Mary A. Hamlett |
| 12-35690-KRH | Thomas Leroy Johnson |
| 12-35946-KLP | Allison C. Herndon |
| 12-35954-KRH | Shaquanna Lynea Becoat |
| 12-36137-KLP | Crystal Ann Mosley |
| 12-36866-KRH | Earl Dantzler, II and Karen Nanette Dantzler |
| 12-36889-KRH | Vera S. Dixon |
| 13-30035-KLP | Carl Lee Bright and Nancy Ann Bright |
| 13-30125-KRH | Anthony Jerome Peebles and Regina Mae Peebles |
| 13-30345-KRH | Shenea Lavione Lynch |
| 13-30665-KRH | Craig Richard Petersen and Susan Bess Petersen |
| 13-30882-KRH | Eric Lamont Fields |
| 13-30953-KLP | Tomara Marshall Ridley |
| 13-31219-KRH | Shawn C. Burton |
| 13-31305-KLP | Jeanette Garnes |
| 13-31364-KLP | Lisa Michelle Dove |
| 13-31466-KLP | James Goode |
| 13-31554-KLP | Lakisha Denise Mitchell |
| 13-31555-KLP | Kathy Jean Ragsdale |
| 13-31556-KRH | Mary A. Puryear |
| 13-31557-KLP | Lucinda Moore Abendschein |
| 13-31560-KRH | Thomas M. Kremski and Peggy J. Kremski |
| 13-31686-KRH | Marilyn K. Cheely |
| 13-31863-KRH | James H Oliver, Jr and Marie L Oliver |
| 13-31865-KLP | Sharna Monique Evans |
| 13-31998-KLP | Karen R Johnson |
| 13-31999-KLP | John Franklin Clemens, Jr and Rebecca Anne Clemens |
| 13-32144-KLP | Dorothy M Gardner |
| 13-32319-KRH | Samuel Alexander Smith |
| 13-32458-KRH | Theresa Blonske |
| 13-32470-KLP | Eyser L. Owens and Joan A. Owens |
| 13-32708-KRH | Shelley M. Martin |
| 13-32727-KLP | Richard D. Perkinson |
| 13-32893-KLP | Karen Jenkins Newcomb |
| 13-32942-KLP | George Hardy, Jr. and Emma Geneva Hardy |
| 13-32977-KLP | Terrence F. Walton, Sr. |
| 13-32979-KLP | Brandon Edward Hendrick and Norah Ann Hendrick |
| 13-33147-KLP | Shonda Lashay Moore |
| 13-33173-KLP | Kevin James Wright |
| 13-33227-KLP | Jacquelin Taylor Riley |
| 13-33258-KLP | JoEllen Robertson |
| 13-33392-KLP | Debbie Denise Hawthorne |

| | |
|---|---|
| 13-33394-KLP | John Raymond Barnette |
| 13-33653-KRH | Shantay Rochelle Pope-Dent |
| 13-33710-KRH | Damien Maurice Hargrove |
| 13-33711-KLP | Patricia Ann Prince |
| 13-33780-KLP | Marcus William Eppes and Jessica Nicole Eppes |
| 13-34060-KLP | Darius Donte Trusty |
| 13-34162-KRH | Ryan Deonte Pegram |
| 13-34266-KRH | Wallace Charles Frank and Gloria Jean Frank |
| 13-34285-KRH | Charles Edward Hudson, Jr. and Kimberly Alyene Hudson |
| 13-34492-KRH | Mary Walker Evans |
| 13-34517-KRH | Taharia Aisha Stevens |
| 13-34518-KLP | David Keith Franklin and Queen Victoria Franklin |
| 13-34521-KRH | Charles Kermit Young, III and Barbara Michelle Young |
| 13-34525-KRH | Tyrone Burch |
| 13-34526-KRH | Leslie Lynette Henry |
| 13-34653-KRH | Michele Marie Tilkey |
| 13-34654-KRH | Darryl Blaine Stafford and Iris Felicia Stafford |
| 13-34791-KRH | Crystal Kamisa Williams |
| 13-34907-KRH | Oliver James Johnson, Jr. |
| 13-34908-KRH | Kimberly Denise Shaw |
| 13-35003-KRH | Kenneth Lewis Jarrett |
| 13-35029-KRH | Wayne Taylor and Linda Wiggins Taylor |
| 13-35082-KLP | Tina M Wyatt |
| 13-35179-KRH | Roy Roger Webb, Jr. and Christy Lou Webb |
| 13-35181-KLP | Virginia Lynn Vaughan-Maclin |
| 13-35182-KLP | Mittie Elnora Taylor |
| 13-35327-KRH | Rhonda Sue Jones |
| 13-35348-KRH | Jackie C Harris |
| 13-35349-KLP | Lewis O. Taylor |
| 13-35350-KRH | Jeffrey Keith Hamby and Julie Johnson Hamby |
| 13-35368-KLP | Patricia T. Easter and Burt A. Easter |
| 13-35483-KRH | Courtney Denise Robinson |
| 13-35588-KRH | Frances C. Plummer |
| 13-35594-KRH | Lloyd Randolph Vaughan, Jr. |
| 13-35635-KLP | Treavor K. Stevens |
| 13-35637-KRH | Connie L. Russell |
| 13-35695-KRH | Blake Cameron Watson and Jessica Childress Watson |
| 13-35725-KRH | Elizabeth J.H. Tejada |
| 13-35744-KLP | Theila M. Parrish |
| 13-35745-KLP | Antwaine Germode Taylor and Shelandice Rainey Taylor |
| 13-35746-KRH | Gwendolyn D Knight |
| 13-35901-KRH | Mildred Thomas Woodley |
| 13-35902-KLP | Tiandra Sade Smith |

| | |
|---|---|
| 13-35903-KLP | Cleveland Huggins and Sarah Virginia Huggins |
| 13-35926-KLP | Willie Mack Bugg and Katrinka Elaine Smith |
| 13-36144-KLP | Sarah Louise Graves |
| 13-36145-KLP | Jesse L. Anderson and Clarissa Anderson |
| 13-36151-KRH | Deborah Ann Harrison |
| 13-36362-KRH | Oneka LeeAnn Norton |
| 13-36488-KRH | Shuan Lamar Sparks, Sr. and Chantel Nicole Sparks |
| 13-36547-KLP | Nekondah Ann Washington |
| 13-36593-KRH | Kevin Scott Crenshaw and Kathryn Arney Crenshaw |
| 13-36731-KRH | Renee Gail Feggins |
| 13-36791-KLP | Wendy Deniece Morris |
| 13-36794-KRH | Orlando Gene Gatling and Rhonda Terrell Thompson-Gatling |
| 14-30016-KRH | Joseph R. Stone and Roselyn C. Stone |
| 14-30047-KRH | Kenneth Wayne Stables and Debbie Daly Stables |
| 14-30065-KRH | Christopher Daniel Harris and Jerri Leigh Harris |
| 14-30069-KLP | Alicia B. Fleitas |
| 14-30099-KLP | James J. Cypress and Chrissy M. Cypress |
| 14-30133-KRH | George Anthony Clarke |
| 14-30219-KRH | Calvin Coolidge Carver |
| 14-30229-KLP | Lisa Ann Brown |
| 14-30232-KRH | Pedro Gerardo Salazar |
| 14-30278-KRH | Mary C. Francis |
| 14-30395-KRH | Byron Major Woolridge and Linda Kirk Woolridge |
| 14-30396-KLP | Brenda L. Phillips |
| 14-30401-KRH | Dwayne C. Walker |
| 14-30525-KRH | Donald Duane Smith, Jr. |
| 14-30540-KRH | Lesonti Powell |
| 14-30545-KRH | Suzette White Jackson |
| 14-30550-KLP | Kizzy Fowlkes-Thompson |
| 14-30717-KRH | BJ Lafferty and Teresa A. Lafferty |
| 14-30734-KRH | Sean Matthew Medeiros |
| 14-30857-KLP | Sherri Adele Walker |
| 14-30956-KLP | Lisa Dianne Tucker |
| 14-31033-KLP | Anthony Andrea Watson |
| 14-31153-KRH | Linda A. Durham |
| 14-31267-KLP | Danielle Newbill |
| 14-31279-KRH | Monica C. Trusty |
| 14-31313-KRH | Roy Roger Coles, Jr. and Beverly Marie Coles |
| 14-31324-KRH | Elizabeth AnnaMae Erickson |
| 14-31371-KLP | Alesia Desiree Nichols |
| 14-31397-KLP | Letricia R. Logan |
| 14-31446-KLP | Katrina L. Meredith-Alexander |
| 14-31447-KRH | Edward L. Blackwell, Sr. |
| 14-31621-KRH | Ellen Marie Hunter |
| 14-31631-KLP | Charlotte N. Muse |

| Case Number | Debtor Name |
|---|---|
| 14-31644-KRH | Temeka C. Adams |
| 14-31670-KLP | Phyllis A. Robinson |
| 14-31739-KRH | Richard Edward Edmonds, Jr. and Angela Laverne Meredith-Edmonds |
| 14-31762-KRH | Richard Charles Smart and Terre Ann Smart |
| 14-31766-KRH | James Baxter Belvin, Jr and Katherine Lynn Belvin |
| 14-31855-KRH | Tracey Elise Hensley |
| 14-32027-KRH | James H. Simmons, Jr. and Pamela L. Pearson-Simmons. |
| 14-32065-KRH | Kimberly Abernathy Maitland |
| 14-32089-KRH | Kathryn Dianne Snyder |
| 14-32118-KLP | Teddy B. Goodrich and Debra M. Goodrich |
| 14-32221-KRH | Jorge H Estrada and Betty W Estrada |
| 14-32222-KRH | Kimberly Renee Johnson-Craigen |
| 14-32239-KRH | Lacy J. Fowlkes |
| 14-32328-KRH | Loretta JoAnn Taylor |
| 14-32453-KLP | Tremayne Alonzo Sims and Shannon Tiara Evans |
| 14-32456-KLP | Kem R. Smith |
| 14-32501-KLP | Patricia Arlene Akers |
| 14-32502-KLP | Yolanda Arlene Akers |
| 14-32519-KLP | Sunshine B. Booker |
| 14-32557-KRH | Joy Y. Baskerville |
| 14-32616-KRH | Tawanda M. Robinson |
| 14-32638-KRH | Barbara K Daniel |
| 14-32640-KRH | Laura L Flynn |
| 14-32658-KLP | Reginald L. Jones, Jr. |
| 14-32672-KRH | Gale S. Legassey |
| 14-32762-KRH | Julia Celeste Brammer |
| 14-32785-KRH | Sabrina C. Cook |
| 14-32786-KRH | Tiarra Philadelphia Graves |
| 14-32806-KLP | Karen Y Thomas |
| 14-32808-KRH | Aaron Carlton Chambers |
| 14-33080-KLP | Franklin L. Parran and Penny H. Parran |
| 14-33103-KRH | Sean E. Gayles |
| 14-33298-KRH | Marcus A. Coles and Angela H. Coles |
| 14-33343-KRH | Daphine Leigh Fisher |
| 14-33379-KRH | Rodney B. Dunning |
| 14-33612-KRH | Tricia Jean Powell and Richard Gerald Powell, Jr. |
| 14-33724-KRH | Mark A. Bassfield |
| 14-33810-KLP | Jasmin E. Coleman |
| 14-33841-KRH | Robert R. Marshall |
| 14-33896-KLP | Odell L. Fields |
| 14-33935-KRH | Mary JoAnne Fowlkes |
| 14-33938-KLP | Bennie E. Pulliam, Jr. and Ruth E. Pulliam |
| 14-34111-KLP | Diane Fields |
| 14-34117-KLP | Glenda K. Vaughan |

| | |
|---|---|
| 14-34161-KRH | Theodore F Johnson and Patricia M. Johnson |
| 14-34230-KRH | Diana Wood |
| 14-34259-KRH | Clyde A. Moore |
| 14-34489-KRH | Ben M. Lingerfelt and Grace M. Lingerfelt |
| 14-34686-KLP | Harry L. Jackson, Sr. |
| 14-34789-KLP | Marcus T. Carter and Latoya M. Carter |
| 14-34925-KRH | Toshie Kina Bishop |
| 14-34984-KLP | David G. Abramowski |
| 14-35228-KLP | Phyllis D. Taylor |
| 14-35351-KLP | Marquis J. Johnson |
| 14-35563-KRH | Schantel K. Smith |
| 14-35571-KLP | Neal C. Graves |
| 14-35586-KLP | Gwendolyn C Hite |
| 14-36095-KLP | Gene Raymond Taylor, Jr. and Ashley Dawn Jibben |
| 14-36279-KLP | Cherhyl Dianne Smith |
| 14-36291-KLP | Patsy Vest Rainey |
| 14-36412-KRH | Cornelius Bernard Thompson |
| 14-36507-KLP | Evelyn O. Coleman |
| 14-36626-KLP | Wallace Joe Akers |
| 14-36637-KLP | Philip Francis Arrington, Jr. and Samantha Ann Arrington |
| 14-36682-KRH | Sophia M. Garner |
| 14-36685-KRH | Porcha C. Burton |
| 14-36712-KLP | Brian T. Wise |
| 15-30103-KRH | Tonya Monique Alexander |
| 15-30211-KLP | Donna Jean Werner |
| 15-30229-KRH | Willie Edward Sanders and Patricia Ann Sanders |
| 15-30473-KLP | Nathan Wilson King |
| 15-30474-KLP | Alphonso Clyde Roberts and Wanda Watkins Roberts |
| 15-30539-KLP | Christopher A. Major and Bobbie Jo Major |
| 15-30607-KRH | Timbra Lynn Geedy |
| 15-30609-KRH | Brenda Marie Arrington |
| 15-30670-KRH | Shirley A Davis |
| 15-30705-KRH | Darryl P. Epps, Sr. |
| 15-30717-KLP | Danielle S. Lewis |
| 15-30800-KRH | Sharon B. Davis |
| 15-30801-KLP | Willard T. Flowers and Erin B. Flowers |
| 15-30860-KRH | Valerie Y. Johnson |
| 15-31030-KRH | Veronique M. Bailey |
| 15-31034-KLP | Angela A. Holmes |
| 15-31036-KLP | Garland N. Brock, III |
| 15-31112-KRH | Jennifer C. Jackson |
| 15-31113-KLP | David S. Moss and Magellen L. Moss |
| 15-31333-KRH | Gerald F. Todt, Jr. and Frances O. Todt |
| 15-31643-KRH | Waverly A. Davis |
| 15-31736-KRH | Mildred H. Evans |

| | |
|---|---|
| 15-31774-KRH | Christopher T. Hurt |
| 15-31845-KLP | Troy A. Jones |
| 10-34413-KLP | Claradetta H Ragsdale |
| 10-37289-KLP | Sandra Lynn Bartlebaugh |
| 12-30395-KLP | Bonnie Lee Hanley-Davis |
| 13-30863-KLP | Luis Miguel Linares |
| 13-34164-KLP | Antoine Lamont Davis |
| 13-34490-KRH | James Todd Cagle and Lesley Allyson Cagle |
| 13-34859-KLP | Sharon Leonda Jordan |
| 13-35300-KLP | Toney Bernette Weary |
| 13-35328-KLP | Veda M Brown |
| 13-35721-KLP | Timberley C Smith |
| 13-35760-KLP | Crystal Marie Jefferson |
| 13-35999-KLP | Sandra Elizabeth Russell |
| 13-36131-KLP | Brandon Lamont Chambliss |
| 13-36276-KLP | Jammie Lashell Smith |
| 13-36295-KLP | Valerie H Seaborne |
| 13-36675-KLP | Anna Michelle Hamilton |
| 13-36752-KLP | Roberta Angela Cheilchani |
| 13-36793-KLP | Melvin P. Pegram |
| 14-03183-KLP | Murr et al v. Household Realty Corporation dbaHousehold Realty |
| 14-30063-KLP | Dudley Allen Borwick and Sandra Phillips Borwick |
| 14-30967-KLP | Carol Renee Johnson |
| 14-30985-KLP | Bert Parham, III |
| 14-31232-KLP | Felicia Denise Harper |
| 14-31618-KLP | Kenneth R. Langston, Jr. and Kimberly L. Langston |
| 14-31898-KLP | Vernon Freeman Murr and Frances Jarratt Murr |
| 14-32023-KLP | John Charles Wertenberger, Jr. |
| 14-32189-KRH | MeQuell Dorenzo Ross and Melissa Faye Ross |
| 14-32190-KRH | Venancia Vega Pugliese |
| 14-32531-KLP | Tanya Michelle Levine |
| 14-32532-KLP | Leroy Eldred Simmons, Jr. and Carolyn Ann Simmons |
| 14-33018-KLP | Mary Angela Artis |
| 14-33127-KLP | Kendall Lemont Brooks |
| 14-33138-KLP | Anthony Lamont Thomas and Wendy Elizabeth Thomas |
| 14-33281-KLP | Demonte Sean Moore |
| 14-33282-KLP | Brian Andrew Krupa and Mardel Florence Krupa |
| 14-33437-KLP | Dawud Muhsin Bilal and Debra Denise Bilal |
| 14-33532-KLP | Leslie J. Kingsbury-Shipley |
| 14-33635-KLP | David Paschal Makhanlall and Savitri Devi Makhanlall |
| 14-33637-KRH | Hosea Lewis Turner, Jr. |
| 14-33787-KLP | Brigitte Wyatt |
| 14-33902-KRH | Thelma Williams Thomas |
| 14-34044-KRH | Ricky Lynn Martin, Jr. and Danyell Bree Martin |

```
14-34045-KRH       Regenia Dorethea Clanton
14-34178-KLP       Patricia Ann Davis
14-34710-KRH       Charles Phillips, III and Tina Patrice Phillips
14-34807-KLP       Penelope Gray Motley
14-34851-KRH       Taneka Leshae Taylor
14-34862-KRH       James Duain Blake, Jr. and Rebecca Hooper Blake
14-34978-KLP       Michael Lewis Wadford
14-35110-KLP       Lawrence Orlando Thigpen, Jr.
14-35242-KLP       Marie Johnson Pendleton
14-35302-KLP       Humberto Quintana and Sonja Quintana
14-35424-KRH       Renay Jeter Durham
14-35429-KLP       William Ellis Milliron and Madona Irene Milliron
14-35521-KRH       Hampton Blanding, Jr. and Carolyn Lavern Blanding
14-35522-KRH       Raymond Leonard Stull, III and Nicole Renee Stull
14-35655-KRH       Ted K. Pierce and Samantha M. Pierce
14-35656-KRH       Willie Franklin Scott
14-35666-KLP       Angela Barrow Gray
14-35667-KLP       Robert Eugene Miller and Bobbie Christian Miller
14-35907-KLP       Thomas Edward Gibbs, Jr. and Jackie Laine Gibbs
14-35932-KRH       Valarie Arnita Jones
14-35945-KRH       Nakai L. Patterson, Sr. and Latrice Da'mon Patterson
14-36070-KLP       Jessica L. Snipes
14-36072-KRH       Heather Dawn Brown
14-36083-KLP       Charlotte Diann Meredith
14-36084-KLP       Calvin Lee Williams, Sr.
14-36179-KRH       Altamese Simone Wooden
14-36202-KRH       Falisha Nicole Fields
14-36355-KLP       Michael Dean Haswell and Pauline S Haswell
14-36563-KLP       Sharyn G. Crosby
14-36663-KRH       Tiffany Brandy Rodgers
14-36687-KRH       Gerald Edward Daniels and Rebecca Vaughan Daniels
14-36816-KRH       Brenda Dean Braxton
14-36819-KRH       Stevie Lee Roby and Lillian Elberta Roby
14-36838-KRH       Carmelita Yvette Seaborn
15-30046-KRH       Cheryl Anita Webster
15-30162-KRH       Dominick Michael Noto, Jr.
15-30249-KRH       Cheryl A. Haskins
15-30252-KRH       Miko Briddell Givens
15-30271-KLP       Juanita Parham Jenifer
15-30368-KLP       Karl Massenburg
15-30524-KLP       Robert Cook Satterfield, Jr.
15-30525-KRH       Michael A Frazier
15-30626-KRH       Charlene Renay Jones
15-30627-KLP       Alphonso Vernon Smith
15-30628-KLP       James Edward Wheeler
15-30768-KLP       Tracey Carnes Temple
```

| | |
|---|---|
| 15-30769-KLP | Paul M Jenifer |
| 15-30853-KRH | Rovenia D. Williams |
| 15-30919-KRH | Rochelle Brittiany Barnes |
| 15-30936-KLP | Lorraine P. Davis |
| 15-31062-KRH | William N. Tyler |
| 15-31063-KRH | Gabriel L. Taylor |
| 15-31098-KLP | Kenneth Leonell Thweatt and Vonda Rose Thweatt |
| 15-31100-KRH | Tequlisha M Clarke |
| 15-31191-KLP | Genera Juantez Layton |
| 15-31214-KRH | John William Fields |
| 15-31254-KLP | Tamira S. Roman |
| 15-31342-KRH | Linda Marie Jennings |
| 15-31344-KRH | Vanessa Gayle Perkins |
| 15-31586-KLP | Clarence Michael Gray |
| 15-31703-KLP | Matthew Edward Burke and Michelle Patricia Burke |
| 15-31709-KRH | Daniel Anthony Campos and Christine Ann Campos |
| 15-31732-KRH | Edward Craig Hierholzer |
| 15-31822-KRH | Joseph Ray Thompson, Sr. |